United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Old Republic General Insurance Corporation as subrogee of Coastal Construction Group of South Florida, Inc. and others, Plaintiff, <br><br> v. <br><br> Liberty Insurance Corporation, Defendant. | ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 21-23825-Civ-Scola |

## **<u>Judgment</u>**

The Court has dismissed this case. (Order, ECF No. 23.) The Court now enters judgment in favor of the Defendant and against the Plaintiff, as required by Federal Rule of Civil Procedure 58. The Court directs the Clerk to **close** this case.

**Done and ordered** in Miami, Florida, on April 22, 2022.

_____
Robert N. Scola, Jr.
United States District Judge